UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CHARLEY PARKER, ) <br> ) <br> Respondent. ) | **JUDGMENT** <br><br> No. 5:12-HC-2176-FL-JG |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration after the court held a bench trial.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court finds that the United States has failed to prove by clear and convincing evidence that Respondent Parker would have serious difficulty in refraining from sexually violent conduct or child molestation if released. Thus, judgment is entered in favor of the respondent, Charley Parker, and against the petitioner, the United States. This action is hereby dismissed.

**This Judgment Filed and Entered on April 24, 2013, with service on:**

Michael James, G. Norman Acker, III, R.A. Renfer, Jr., Seth Morgan Wood, Cindy J. Bembry and Katherine E. Shea (via CM/ECF Notice of Electronic Filing)
Record Center, FCI Butner Medium, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)

April 24, 2013    JULIE A. RICHARDS, CLERK
                   /s/ Christa N. Baker
                  (By) Christa N. Baker, Deputy Clerk